**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **No. 25-03125-01-CR-S-MDH** |
| Plaintiff, | 26 U.S.C. § 7201<br>(Tax Evasion)<br>NMT 5 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Year Supervised Release<br>Class D Felony |
| v. | |
| **BURTON CUMMINGS**<br>[DOB: 03/01/1982], | |
| Defendant. | Mandatory Restitution; Costs of Prosecution<br>$100 Special Assessment |

**INFORMATION**
**26 U.S.C. § 7201**
**(Tax Evasion – Payment)**

**THE UNITED STATES ATTORNEY CHARGES THAT:**

From in or about April 15, 2018, through in or about March 3, 2020, in the Western District of Missouri, and elsewhere, **BURTON CUMMINGS**, the defendant, a resident of Branson, Missouri, did willfully attempt to evade and defeat payment of income tax due and owing by him to the United States of America for the calendar year 2017, by committing the follow affirmative acts, among others: (a) by making false statements to IRS revenue officers; (b) providing false information on two separate Forms 433A - Collection Information Statements; and (c) and failing

to report cash withdrawals from his business to his CPA and to the IRS that should have been reported as income. In violation of Title 26, United States Code, Section 7201.

Respectfully submitted,

R. MATTHEW PRICE
United States Attorney

Patrick C

PATRICK CARNEY
Assistant United States Attorney

DATED: 8/28/2025
Springfield, Missouri